MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
SYDNEY HIBBS, ESQ.
Nevada Bar No. 16887
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: 775-324-9800
Facsimile: 775-460-4901
Email: mayers@grsm.com
shibbs@grsm.com

*Attorneys for Defendant CHIME FINANCIAL INC.*

GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LEIGH TARRY,

Plaintiff,

v.

CHIME FINANCIAL, INC.,

Defendant.

Case No.: 2:26-cv-02974

**STIPULATION AND ORDER TO CONTINUE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATE** by and between Plaintiff LEIGH TARRY ("Plaintiff"), by and through her counsel of record, ROBERT G. MASSI, ESQ. and KEVIN L. HERNANDEZ, ESQ. of HERNANDEZ & MASSI, and Defendant CHIME FINANCIAL, INC. ("Defendant"), by and through its counsel of record, MICHAEL R. AYERS, ESQ. and SYDNEY HIBBS, ESQ. of GORDON REES SCULLY MANSUKHANI, LLP, to extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint until and including October 27, 2026.

Plaintiff filed her Complaint on September 17, 2026. *See* ECF No. 1. Following service of the Complaint, Defendant's response thereto is due to be filed by October 13, 2026. Counsel for Defendant has only recently been retained in this matter and has requested a two-week extension of that deadline until and including October 27, 2026, to file its responsive pleading. Plaintiff's counsel has agreed to extend that deadline, while the Parties exchange pertinent documents to potentially

GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

limit the issues in this action.

Accordingly, it is respectfully requested that the deadline for Defendant to respond to Plaintiff's Complaint be extended until and including October 27, 2026.

Plaintiff and Defendant make this request in good faith and not for purposes of delay.

DATED: October 9, 2026

**HERNANDEZ & MASSI**

By: */s/ Robert G. Massi*
Robert G. Massi, Esq.
Kevin L. Hernandez, Esq.
8920 W. Tropicana Ave., Ste. 101
Las Vegas, NV 89147
*Attorneys for Plaintiff*
*LEIGH TARRY*

DATED: October 9, 2026.

**GORDON REES SCULLY MANSUKHANI**

By: */s/ Michael Ayers*
Michael Ayers, Esq.
Sydney Hibbs, Esq.
1 E. Liberty St., Ste. 424
Reno, NV 89501
*Attorneys for Defendant*
*CHIME FINANCIAL, INC.*

**ORDER**

Based on the Stipulation of the parties and the Court having reviewed the pleadings and papers on file herein,

**IT IS HEREBY ORDERED** that Defendant shall be granted an extension of time within which to respond to Plaintiff's Complaint until and including October 27, 2026.

DATED: October 14, 2026

**UNITED STATES MAGISTRATE JUDGE**