MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
SYDNEY HIBBS, ESQ.
Nevada Bar No. 16887
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
shibbs@grsm.com

*Attorneys for Defendant*
*Chime Financial, Inc.*

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEIGH TARRY,<br>Plaintiff,<br>vs.<br>CHIME FINANCIAL, INC.,<br>Defendant. | Case No.: 2:26-cv-02974-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY ACTION**<br><br>**(ECF No. 9)** |

Pursuant to LR 7-1, Plaintiff LEIGH TARRY ("Plaintiff") and Defendant CHIME FINANCIAL, INC. ("Defendant") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby submit this joint stipulation to stay the above captioned case such that the Parties may meaningfully participate in arbitration. This Stipulation is based upon the following:

## I. PROCEDURAL BACKGROUND

On September 17, 2026, Plaintiff filed her Complaint (ECF No. 1) commencing this action, which arises from three allegedly unauthorized ATM withdrawals from Plaintiff's deposit account with Defendant. Plaintiff asserts claims for violation of the Electronic Fund Transfer Act, 15 U.S.C. § 1693 et seq., breach of contract, breach of the implied covenant of good faith and fair dealing, conversion, and declaratory relief. On October 13, 2026, Defendant filed its Certificate of Interested Parties. Defendant's deadline to answer or otherwise respond to the Complaint is currently October

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

27, 2026. No trial date or scheduling order has been entered.

## II. FACTUAL BACKGROUND REQUIRING STAY OF THE ACTION

The Parties are signatories to Chime's User Agreement, which contains a written agreement to arbitrate the disputes at issue in this action (the "Arbitration Agreement"). Chime's User Agreement is attached hereto as **Exhibit A**. The Parties agree that the claims asserted in this action are subject to the Arbitration Agreement and should be resolved through binding arbitration.

The Federal Arbitration Act directs that, where a suit is brought upon an issue referable to arbitration under a written agreement, the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." 9 U.S.C. § 3. Where a lawsuit involves an arbitrable dispute and a party requests a stay pending arbitration, a stay—rather than a dismissal—is required so that the Court retains its supervisory role under the Act. *Smith v. Spizzirri*, 601 U.S. 472, 478–479 (2024).

The Parties therefore agree that a stay of this action pending completion of the arbitration will conserve the resources of the Parties and the Court and promote the efficient resolution of the claims. This is the Parties' first request to stay this action, and it is made in good faith and not for purposes of delay.

## III. STIPULATION TO STAY

The Parties stipulate and agree as follows:

1. **Stay of Proceedings.** All proceedings in the action captioned *Leigh Tarry v. Chime Financial, Inc.*, Case No. 2:26-cv-02974, including all claims and all pending deadlines, are <u>**stayed pending the completion of arbitration**</u> between the Parties.

2. **Tolling.** All applicable deadlines under the Federal Rules of Civil Procedure, the Local Rules of this Court, and any scheduling order entered in this action are vacated and/or tolled for the duration of the stay.

3. **Commencement of Arbitration.** The Parties shall initiate arbitration in accordance with the Arbitration Agreement within sixty (60) days of the Court's entry of the order approving this Stipulation.

4. **Status Reports.** The Parties shall file a joint status report advising the Court of the

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

status of the arbitration every one hundred eighty (180) days during the pendency of the stay, and shall promptly notify the Court of any development materially affecting the stay.

5. **Notice of Completion.** The Parties shall file a joint notice advising the Court that the arbitration has concluded within fourteen (14) days after issuance of the arbitrator's final award or other termination of the arbitration.

6. **No Waiver.** Aside from prior stipulations between the parties, nothing in this Stipulation constitutes a waiver of any claim, defense, or right of any Party, including any right to seek to confirm, vacate, or modify any arbitration award, and this Stipulation is without prejudice to any Party's position on the merits of the claims or defenses in this action.

7. **Reservation.** Any Party may move to lift the stay for good cause, including if arbitration is not timely commenced or does not proceed in accordance with the Arbitration Agreement.

**IT IS SO STIPULATED.**

DATED this 26th day of October, 2026.

**HERNANDEZ & MASSI**

/s/ Robert Massi

ROBERT MASSI, ESQ.
Nevada Bar No. 13719
KEVIN HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
***Attorneys for Plaintiff,***
***Leigh Tarry***

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Michael Ayers

MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
SYDNEY HIBBS, ESQ.
Nevada Bar No. 16887
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
***Attorneys for Defendant,***
***Chime Financial, Inc.***

**ORDER**

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS ORDERED that **this action is STAYED** pending the completion of arbitration. **The Clerk of Court is directed to ADMINISTRATIVELY CLOSE THIS CASE.**

United States District Court 10/28/26